In the Matter of the Application of MARGARET CARROLL, Appellant, to Remove Certain Indictments to the Supreme Court and for a Change of Venue.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Matter of Carroll*, 96 App. Div. 631, appeal dismissed.
(Submitted February 3, 1905; decided February 21, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 1, 1904, which affirmed an order of Special Term denying a motion for the removal of the trial of certain indictments from the Albany County Court to the Supreme Court and for a change of venue.

*Peter A. Delaney* for appellant.

*George Addington* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

ANN GLENNON, as Administratrix of RICHARD GLENNON, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Glennon* v. *Erie R. R. Co.*, 86 App. Div. 397, affirmed.
(Argued February 3, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 5, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Robert H. Barnett* for appellant.

*Henry Bacon* and *Joseph Merritt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT and WERNER, JJ. Absent: CULLEN, Ch. J. Not sitting: VANN, J.